IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TARIO STAMPS,                      )<br>                                    )<br>     Petitioner,                   )<br>                                    )<br>     v.                            )<br>                                    )<br>UNITED STATES OF AMERICA,           )<br>                                    )<br>     Respondent.                   ) | CIVIL ACTION NO.<br>  2:23cv387-MHT<br>       (WO) |

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 2) is adopted.

(2) The 28 U.S.C. § 2255 petition (Doc. 1) is dismissed because the required permission has not been obtained from the Eleventh Circuit Court of Appeals.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil

Procedure.

This case is closed.

DONE, this the 31st day of July, 2023.

                                        /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE